IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Criminal No. 2:12cr33

DONALD LEE SKINNER,

        Defendant.

## **ORDER/OPINION**

On the 7th day of May, 2013, came the defendant, Donald Lee Skinner, for an Initial Appearance pursuant to a Petition for Warrant or Summons for Offender Under Supervision filed in this case on January 3, 2013, alleging Defendant violated the mandatory condition that he not commit another state, federal or local crime. Defendant was advised of his rights, including his right to a preliminary hearing. A preliminary hearing was scheduled for May 10, 2013, at 11:30 a.m. Counsel was appointed to represent Defendant. On May 9, 2013, Defendant filed a Waiver of a Preliminary Hearing, which was signed by Defendant and his counsel [Docket Entry 13].

Upon consideration of all which, the Court, hereby, **CANCELS** the preliminary hearing, currently scheduled for May 10, 2013, at 11:30 a.m., and finds there is probable cause to believe that the defendant violated conditions of his supervised release as alleged in the Petition for Warrant or Summons for Offender Under Supervision filed January 3, 2013.

It is therefore **ORDERED** that the defendant be bound over for a full hearing before the Honorable John Preston Bailey, Chief District Judge of the United States District Court for the Northern District of West Virginia, on the Petition for Warrant or Summons for Offender Under Supervision dated January 3, 2013.

The clerk of the court is directed to send a copy of this order to counsel of record.

DATED: May 9, 2013.

                                                        s/ *John S. Kaull*
                                                        JOHN S. KAULL
                                                        UNITED STATES MAGISTRATE JUDGE